**Opinion filed February 2, 2012, Withdrawn; Appeal Dismissed and Memorandum Opinion filed March 1, 2012.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-11-01053-CV

_____

**RWLS, L.L.C., Appellant**

**V.**

**GRAY WIRELINE SERVICE, INC., Appellee**

**On Appeal from the 133rd District Court
Harris County, Texas
Trial Court Cause No. 2011-68513**

### SUBSTITUTE OPINION ON REHEARING

We issued our original opinion in this case on February 2, 2012. Appellant filed a motion for rehearing. We overrule the motion for rehearing, withdraw our previous opinion, and issue this substitute opinion.

This is an attempted appeal from two orders signed November 28, 2011. Generally, appeals may be taken only from final judgments. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). Interlocutory orders may be appealed only if permitted by statute. *Bally Total Fitness Corp. v. Jackson*, 53 S.W.3d 352, 352 (Tex. 2001); *Jack B.*

*Anglin Co., Inc. v. Tipps*, 842 S.W.2d 266, 272 (Tex. 1992) (orig. proceeding).

Appellant attempts to appeal two orders: (1) an order denying appellant's motion to stay and application to transfer appellee's application for order compelling compliance with arbitration subpoenas; and (2) an order granting appellee's application for order compelling compliance with arbitration subpoenas. Neither of these orders are appealable interlocutory orders under section 51.014 or under any other statute. *See* Tex. Civ. Prac. & Rem.Code Ann. § 51.014 (Vernon Supp. 2011).

On January 2, 2012, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a). Appellant filed a response and argued that these orders constitute a final judgment. We do not agree that these orders constitute a final judgment. Appellant's response fails to demonstrate that this Court has jurisdiction to entertain the appeal. Accordingly, we dismiss the appeal and order all pending motions denied as moot.


PER CURIAM


Panel consists of Justices Frost, Brown, and Christopher.